# Exhibit 2

9/7/2018, Bronx - New York Nursing Homes | Occupational Therapy | Sentosacare.com

Case 1:19-cv-00506-VSB   Document 1-3   Filed 01/17/19   Page 2 of 2

| http://www.sentosacare.com:80/bronx | Go | FEB | APR 27 2015 | MAY |

8 captures
6 Feb 2015 - 27 Apr 2015

2014 | 2015 | 2016

About this capture

Like us on facebook | Interactive Map | 1-877-SENTOSA

HOME | OUR MISSION | OUR GOALS | SentosaCare LLC | AFFILIATE FACILITIES | CENTRAL ADMISSIONS | CONTACT



# Bronx



### Bay Park Center for Nursing and Rehabilitation

- 801 Co-Op City Blvd • Bronx, NY 10475
- Phone: (718) 239-6500
- http://www.bayparkcenterfornursing.com/



### Eastchester Rehabilitation and Healthcare Center

- 2700 Eastchester Road • Bronx, NY 10469
- Phone: (718) 231-5550
- http://eastchesterrehab.com



### Throgs Neck Extended Care Facility

- 707 Throgs Neck Expressway • Bronx, NY 10465
- Phone: (718) 430-0003
- No Link

Privacy Policy | Disclaimer
Powered by: TECHACS CORP

© 2014 Sentosa Care LLC. All Rights Reserved.
1-877-SENTOSA